# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR185 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN ROSALES-CANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 3 be stricken from the record for the following reason:

- Incorrect PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 3 from the record.

DATED this 25th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge